# United States Court of Appeals
## For the First Circuit

_____

No. 23-1749

UNITED STATES,

Appellee,

v.

VINCENT CARUSO, a/k/a Fatz, a/k/a Big Boy,

Defendant - Appellant.

_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Rikelman, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: October 11, 2023

    Defendant has filed an untimely appeal from the July 11, 2022, judgment entered in his criminal case. <u>See</u> Fed. R. App. P. 4(b) (fourteen days to appeal in criminal cases). The government asserts that the appeal is incurably untimely. We agree and the appeal is therefore dismissed. We note that defendant has filed a habeas motion that remains pending in the district court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carmine P. Lepore
Vincent Caruso
Donald Campbell Lockhart
Philip Mallard